**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELL HAINSWORTH,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | NO. ED CV 08-1732-E<br><br><br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.

DATED: June 9, 2009.

                                      _____/S/_____
                                              CHARLES F. EICK
                                  UNITED STATES MAGISTRATE JUDGE